# In the United States District Court
# for the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| ADRIAN MOULTRY, | |
| Petitioner, | CIVIL ACTION NO.: CV214-165 |
| v. | |
| WARDEN SUZANNE HASTINGS, | |
| Respondent. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Moultry's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23 day of September, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA